1  Mary McNamara, SBN 147131
   mary@smllp.law
2  Britt Evangelist
   britt@smllp.law
3  Hannah Pollack
   hannah@smllp.law
4  SWANSON & McNAMARA LLP
   300 Montgomery Street, Suite 1100
5  San Francisco, California 94104
   Telephone: (415) 477-3800
6  Facsimile: (415) 477-9010
7
   *Attorneys for Defendant Abraham Shafi*
8

9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12

13 | UNITED STATES OF AMERICA,         | Case No: 25-CR-00258 YGR (TSH)
14 |                        Plaintiff, |
15 |     vs.                           | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE**
16 | ABRAHAM SHAFI                     |
                           Defendant.

17
18     Plaintiff United States of America, by and through Assistant United States Attorney Evan
19 Mateer, and Defendant Abraham Shafi, by and through counsel May McNamara, hereby stipulate
20 and agree as follows:
21   1. On September 3, 2025, the Court ordered the release of Defendant subject to certain
22      conditions.
23   2. One such condition restricts Defendant's travel except to the states of Hawaii (Defendant's
24      state of residence) the state of California (where this action is pending) and the states of
25      Delaware and New York, where Defendant has a pending case and where his counsel have
26      offices, respectively.
27   3. Defendant is in the process of selecting lead counsel for this case and desires to travel to
28      Texas to meet with proposed lead counsel. The parties stipulate and agree that the

1 conditions of release should be modified to permit Defendant to travel to the state of
2 Texas.
3     Accordingly, the parties respectfully request that the Court modify the conditions of
4 release to permit Defendant's travel to the state of Texas.
5     Pretrial Officer Jessica Portillo has no objection to the proposed modification.

7 **IT IS SO STIPULATED.**

Dated: September 23, 2025            Respectfully submitted,

                                                                CRAIG H. MISSAKIAN
                                                                 United States Attorney

                                                                 _____/s/_____
                                                                 EVAN MATEER
                                                                 Assistant United States Attorney

                                                                 SWANSON & McNAMARA LLP

Dated: September 23, 2025            _____/s/_____
                                                                 MARY McNAMARA
                                                                 Counsel for Abraham Shafi

///

///

///

## ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby MODIFIES Abraham Shafi's release conditions as follows:

Defendant shall be allowed to travel to the State of Texas. All other conditions of release shall remain in effect.

**IT IS SO ORDERED.**

DATED: September 23, 2025

_____
HONORABLE THOMAS S. HIXSON
United States Magistrate Judge