UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 16, 2026          **Time:** 9 Minutes          **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 25-cr-258-YGR          **Case Name:** UNITED STATES v. Abraham Shafi

**Attorney for Plaintiff: Sailaja Paidipaty**
**Attorney for Defendant: Adam Fee**
**Defendant: Abraham Shafi** [ X ] Present   [  ] Not Present
**Defendant's Custodial Status:** [  ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Reported by:** Irene Rodriguez

**PROCEEDINGS**

Status Conference - Held

The Court orders the parties to meet and confer re pretrial schedule.

The following deadlines are set;
Proposed Pretrial Schedule due by May 21, 2026.
Status Conference Re: Pretrial Schedule set for May 28, 2026, at 11:15 a.m.
Pretrial Conference set for February 12, 2027, at 9:00 a.m.
Jury Selection set for March 1, 2027, at 8:00 a.m.
Jury Trial set for March 2, 2027, at 8:00 a.m.

Time is excluded from April 16, 2026 to March 1, 2027 for effective preparation of counsel.