CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

LORINDA I. LARYEA (DCBN 99769)
Acting Chief, Fraud Section

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

SAILAJA PAIDIPATY (NYBN 5160007)
EVAN M. MATEER (CABN 326848)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Evan.mateer@usdoj.gov

LAURA CONNELLY (DCBN 241537)
Acting Assistant Chief, Fraud Section

    U.S. Department of Justice, Fraud Section
    1400 New York Avenue NW
    Washington, DC 20005
    Telephone: 202-307-1423
    Laura.Connelly@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **CASE NO.** 4:25-cr-00258-YGR |
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **SETTING TRIAL SCHEDULE** |
| v. | ) |
| | ) |
| ABRAHAM SHAFI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On April 16, 2026, the Court held a status conference in this matter in which the Court set a trial date for March 2, 2027. The Court ordered the parties to meet and confer regarding a trial schedule. The parties have completed their meet and confer, and have agreed as to most points regarding the trial

STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL DEADLINES          1

4:25-cr-00258-YGR

schedule and procedure.  The parties stipulate and agree on the following schedule for pretrial motions and trial preparation:

| Event | Deadline |
|---|---|
| Deadline for pretrial motions | Monday, July 20, 2026 |
| Government's opposition to pretrial motions | Monday, August 17, 2026 |
| Optional reply brief | Monday, August 24, 2026 |
| Hearing on pretrial motions | Thursday, September 3, 2026 |
| Deadline for expert disclosure | Tuesday, September 1, 2026 |
| Deadline for rebuttal expert disclosures | Thursday, October 15, 2026 |
| *Daubert* motions | Monday, December 3, 2026 |
| Exchange preliminary exhibit and witness lists<br><br>Government 404(b) notice | Friday, January 8, 2027 |
| Deadline to meet and confer regarding Proposed Jury Instructions, *Voir Dire* questions, Exhibits, Stipulations, and Joint Statement of the Case | Friday, January 15, 2027 |
| Exchange of Motions in *Limine*<br><br>Filing of additional proposed questions for written juror questionnaire | Friday, January 22, 2027 |
| Exchange of Oppositions to Motions in *Limine* | Friday, January 29, 2027 |
| Filing of Unresolved Motions in *Limine*<br>*Daubert* Motions<br>Stipulations of Fact (if any)<br>Exhibit List<br>Witness List<br>Submission of Trial Exhibits to Court<br>Additional Jury Voir Dire Questions (if any) (max of 10 total)<br>Proposed Jury Instructions<br>Proposed Verdict Form<br>Government Trial Memorandum<br>Joint Statement of the Case<br>Joint Pretrial Conference Statement | Friday, February 5, 2027 |
| Pretrial conference | Friday, February 12, 2027 |
| Deadline to exchange any graphics, visuals, or exhibits for opening statements | Thursday, February 24, 2027 |

STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL DEADLINES

4:25-cr-00258-YGR

| Objections to any graphics, visuals, or exhibits for opening statements | Friday, February 25, 2027 |
|---|---|
| Telephonic hearing to address objections to opening statement visuals (if necessary) | Monday, March 1, 2027 |
| Jury Selection | Monday, March 1, 2027 |
| Jury Trial | Tuesday March 2, 2027 |

The parties stipulate and agree that excluding a witness or exhibit from the preliminary witness and exhibit lists to be exchanged on January 8 does not preclude a party from adding further exhibits or witnesses to the exhibit or witness lists at a later date. The parties further stipulate and agree that they shall provide notice of witnesses to be called at trial not later than 24 hours ahead of time. The parties shall also submit the exhibits they anticipate to present to each witness by 7:00 p.m. the evening before; however both parties reserve the right to change the exhibits that will be presented to each witness.

The defense also requests that the Court set a deadline of January 5, 2027 for the government to disclose all Rule 16, *Brady*, *Giglio,* and Jencks Act material that is in the government's possession at that time. The defense recognizes that such discovery obligations are ongoing and new material will continue to be generated up until and during trial. So the deadline does not mean to suggest everything must be produced that has not yet been created. But the defense believes there should be a preliminary deadline to ensure discoverable material is making its way to the defense sufficiently in advance of trial for the defense to be able to prepare its defense.

The government believes a deadline is unnecessary as it has already represented to defense and the Court that production of material in its possession is substantially complete and it remains bound by law to comply with ongoing discovery obligations.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 4, 2026

_____/s/_____
SAILAJA M. PAIDIPATY
EVAN M. MATEER
Assistant United States Attorneys

STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL DEADLINES                    3

4:25-cr-00258-YGR

LAURA CONNELLY
Acting Assistant Chief
Fraud Section, U.S. Department of Justice


DATED:  June 4, 2026

_____/s/_____
ADAM FEE
Counsel for Defendant ABRAHAM SHAFI

# [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above and good cause shown, the pre-trial deadlines are set as reflected in the table in the parties' stipulation.

IT IS SO ORDERED.

DATED: _____

_____
HON. YVONNE GONZALES ROGERS
United States District Judge