UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** June 11, 2026          **Time:** 20 Minutes          **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 25-cr-258-YGR          **Case Name:** UNITED STATES v. Abraham Shafi

**Attorney for Plaintiff: Evan Mateer**
**Attorney for Defendant: Adam Fee**
**Defendant: Abraham Shafi** [  ] Present   [ X ] Not Present; appearance waived
**Defendant's Custodial Status:** [  ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Reported by:** Stephen Franklin; via Zoom

**PROCEEDINGS**

Status Conference - Held

The Court heard arguments on pretrial motions, disclosures and cited case law. Pretrial deadlines are set. The parties are ordered to email an editable version of a proposed pretrial scheduling order to Court.

Scheduling order to issue.

Matter is continued to November 20, 2026, at 10:00 a.m. for status conference. Time is excluded from June 11, 2026 to March 1, 2027 for effective preparation of counsel.